ACCEPTED
15-25-00080-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/6/2025 4:07 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00080-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/6/2025 4:07:31 PM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
Fifteenth District of Texas

**Javier Vasquez and RJT Commercial, Inc.,
Appellants,**

**vs.**

**Moises Tonche Vargas, Maria Vargas, Individually and as Next Friend of
S.A.V and E.I.V., Minors and Saul Vargas,
Appellees.**

On Appeal from the 13th District Court
Navarro County, Texas
Honorable James E. Lagomarsino, Presiding Judge
Cause No. D18-27341-CV

## NOTICE OF APPEARANCE OF LEAD AND ADDITIONAL COUNSEL FOR APPELLANTS

Andrew J. Upton, William Roberts, and Chaz Lidia files this Notice of Appearance of Lead and Additional Counsel to represent to this Court and to all parties to this proceeding that they are appearing as additional counsel in the above-entitled and numbered cause for Appellants. Andrew J. Upton will be Appellants' lead counsel, with William Roberts and Chaz Lidia as additional appellate counsel, in addition to Wesley S. Alost who has previously appeared.

Pursuant to the Texas Rules of Appellate Procedure, Appellants' additional counsel Andrew J. Upton, William Roberts, and Chaz Lidia's information is as follows:

**Andrew J. Upton**
(Lead Counsel on Appeal)
State Bar No. 24101307
Email: aupton@mayerllp.com
**William Roberts**
State Bar No. 24114764
Email: wroberts@mayerllp.com
**Chaz Lidia**
State Bar No. 24143120
Email: clidia@mayerllp.com
MAYER LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214-379-6900
Facsimile: 214-379-6939

Please include Mr. Upton, Mr. Roberts, and Mr. Lidia on all further notices, briefs, orders, and other correspondence from the Court and other parties.

Respectfully submitted,

**MAYER LLP**

By:  /s/ *Andrew J. Upton*
     Andrew J. Upton
     State Bar No. 24101307
     Wesley S. Alost
     State Bar No. 24027192
     William Roberts
     State Bar No. 24114764
     Chaz Lidia
     State Bar No. 24143120

750 N. Saint Paul, Suite 700
Dallas, Texas 75201
Telephone: (214) 379-6900
Facsimile: (214) 379-6939
aupton@mayerllp.com
wroberts@mayerllp.com
clidia@mayerllp.com

**ATTORNEYS FOR APPELLANTS
JAVIER VASQUEZ AND RJT
COMMERCIAL, INC.**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 6th day of May, 2025, a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with the Texas Rules of Appellate Procedure.

/s/ *Andrew J. Upton*
Andrew J. Upton

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carla Vela on behalf of Andrew Upton
Bar No. 24101307
cvela@mayerllp.com
Envelope ID: 100509311
Filing Code Description: Other Document
Filing Description: NOTICE OF APPEARANCE OF LEAD AND ADDITIONAL COUNSEL FOR APPELLANTS
Status as of 5/6/2025 4:17 PM CST

Associated Case Party: Javier Vasquez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Wesley Alost | | walost@mayerllp.com | 5/6/2025 4:07:31 PM | SENT |
| Chaz Lidia | | clidia@mayerllp.com | 5/6/2025 4:07:31 PM | SENT |
| Andrew Upton | | aupton@mayerllp.com | 5/6/2025 4:07:31 PM | SENT |
| Will Roberts | | wroberts@mayerllp.com | 5/6/2025 4:07:31 PM | SENT |

Associated Case Party: Saul Vargas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Oscar Ramirez | 16502575 | oramirezatty@hotmail.com | 5/6/2025 4:07:31 PM | SENT |